DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ROBERT PAUL BROWN, JR.,**
Appellant,

v.

**MICHAEL SCOTT BROWN,**
Appellee.

No. 4D16-2005

[February 22, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Martin H. Colin, Judge; L.T. Case No. 2009CP004124XXXXSB.

Robert P. Brown, Jr., Lantana, pro se.

Nancy Guffey and Peter M. Feaman of Peter M. Feaman, P.A., Boynton Beach, for appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, MAY and DAMOORGIAN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***